## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBORAH K. NICHOLS,** | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5020 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **WILLIAM SCHANK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 10 be stricken from the record for the following reason:

( X )   It is the incorrect document for a Consent form and was docketed with the wrong event.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 10 from the record.   The clerk is directed to re-file the correct document.

DATED this 14th  day of October, 2005.

BY THE COURT:

 s/Thomas D. Thalken
 United States Magistrate  Judge