IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBORAH K. NICHOLS, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5020 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM SCHANK, and SHARON LEWIS, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 15 be stricken from the record for the following reason:

- Incorrect/Incomplete PDF document attached.

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 15 from the record.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge